UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shelton Bernard Ingram**  Docket No. 5:05-CR-304-1F

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shelton Bernard Ingram, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, U.S. District Judge, on September 19, 2006, to the custody of the Bureau of Prisons for a term of 292 months. On September 3, 2009, upon a motion of the defendant under 18 U.S.C. § 3582(c)(2), Ingram's sentence was reduced from 292 to 235 months. On April 11, 2014, the defendant's sentence was reduced from 235 to 188 months pursuant to 18 U.S.C. § 3582(c)(2). Additionally, on June 3, 2015, Ingram's sentence was reduced from 188 to 151 months due the defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Shelton Bernard Ingram was released from custody on February 3, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Due to the defendant being a registered sex offender, he has agreed to participate in sex offender treatment as instructed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate in mental health/sex offender treatment, evaluation testing, clinical polygraphs, and other assessment instruments as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2338<br>Executed On: March 14, 2017 |

Shelton Bernard Ingram
Docket No. 5:05-CR-304-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___14___ day of ___March___, 2017, and ordered filed and made a part of the records in the above case.

___/s/ James C. Fox___
James C. Fox
Senior U.S. District Judge